UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEIDRE HUMPHREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-198-JAR |
| ) | |
| VISION FINANCIAL CORPORATION ) | |
| and DAVID HENSLEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Withdrawal of Stipulation of Dismissal with Prejudice and Motion to Enforce the Settlement [ECF No. 21].

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Withdrawal of Stipulation of Dismissal with Prejudice and Motion to Enforce the Settlement [21] is **GRANTED** in part. The Court hereby **VACATES** its October 18, 2012 Order of Dismissal [23].

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Enforce the Settlement is set for hearing on **Friday, November 2, 2012 at 10:00 a.m.** in Courtroom 12N.

Dated this 18th day of October, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE