UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEIDRE HUMPHREY, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> VISION FINANCIAL CORPORATION ) </br> and DAVID HENSLEY, ) </br> ) </br> Defendants. ) </br> ) | Case No. 4:12-CV-198-JAR |

## MEMORANDUM AND ORDER

The Court is in receipt of Plaintiff's Stipulation of Dismissal With Prejudice [ECF No. 25].

Accordingly,

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion to Enforce the Settlement set for **Friday, November 2, 2012 at 10:00 a.m.** in Courtroom 12N is cancelled.

Dated this 1st day of November, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE